RECEIVED
USP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA FEB 18  A 8: 48
FLORENCE DIVISION

| | | |
|---|---|---|
| Jeff K. Robinson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 4:15-103 |
| v. | ) | |
| | ) | |
| Carolyn W. Colvin, Acting | ) | **ORDER** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on Plaintiff Jeff K. Robinson's complaint seeking

judicial review of the final decision of the Commissioner of Social Security, pursuant to

Section 205(g) of the Social Security Act, as amended (42 U.S.C. § 405(g)), which denied

his claim for disability insurance benefits.   The record includes the report and

recommendation ("R&R") of a United States Magistrate Judge, which was made in

accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2)(a), D.S.C.  In the

R&R, which was filed on January 29, 2016, the Magistrate Judge recommends that the

Court reverse the Commissioner's decision pursuant to sentence four of 42 U.S.C. §

405(g) and remand the case to the Commissioner for further administrative action.  In a

notice filed on February 16, 2016, the Defendant informed the Court that she will not file

objections to the R&R.

The Magistrate Judge makes only a recommendation to the Court.   The

recommendation has no presumptive weight, and the responsibility to make a final

determination remains with the Court. Mathews v. Weber, 423 U.S. 261 (1976). The Court

is charged with making a de novo determination only of those portions of the R&R to which

specific objections are made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions.  28 U.S.C. § 636(b)(1).  In the absence of specific objections, the Court reviews the matter only for clear error.  See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.' ") (quoting Fed. R. Civ. P. 72 advisory committee's note).

Here, because no objections were filed, the Court has reviewed the record, the applicable law, and the findings and recommendations of the Magistrate Judge for clear error.  Finding none, the Court hereby adopts the R&R (Entry 16) and incorporates it herein.  It is **ORDERED** that the decision of the Commissioner of Social Security is reversed pursuant to sentence four of 42 U.S.C. § 405(g), and the case is remanded to the Commissioner for further administrative action as set forth in the R&R.

**IT IS SO ORDERED**.

Sol Blatt, Jr.
Senior United States District Judge

February 17, 2016
Charleston, South Carolina

2